402 A.2d 1078

Commonwealth v. Rumbaugh, Appellant.

Submitted October 26, 1978. James V. McGough, for appellant; Donald E. Speice, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.

402 A.2d 1076

In re Farelli.

Appeal of Samuel Farelli.

Submitted November 14, 1977. William J. Murray, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

CERCONE, P. J. and SPAETH, J., concur in the result.

JACOBS, former P. J., WATKINS, former P. J. and HOFFMAN, J., did not participate in the consideration or decision of this case.